**Abedin NIKOVIC, Petitioner,**

v.

**Alberto GONZALES, Respondent.**

**No. 05–3560–ag.**

United States Court of Appeals, Second Circuit.

Feb. 22, 2007.

this argument and any other question it considers appropriate.

Linda L. Foster, Queens Village, NY, for Petitioner.

Alice H. Martin, United States Attorney for the Northern District of Alabama, Jenny L. Smith, Assistant United States Attorney, Birmingham, AL, for Respondent.

PRESENT: Hon. DENNIS JACOBS, Hon. PIERRE N. LEVAL and Hon. SONIA SOTOMAYOR, Circuit Judges.

### SUMMARY ORDER

In denying the petitioner's motion to reconsider, the Board of Immigration Appeals failed to consider one of the petitioner's arguments: that future imprisonment for fleeing conscription in the Yugoslavian army at a time when the army was committing human rights abuses constitutes persecution. The petition for rehearing is granted and the cause is remanded to the BIA for it to consider in the first instance